UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

**MARIA ISABEL ALVARADO NAVARRO**, **ARMANDO ROMERO ROJO**, **CHRISTIAN "RICARDO RODRIGUEZ" ENRIQUE CAMACHO ALVARADO**, a minor by his mother and natural guardian, **MARIA I. ALVARADO NAVARRO**; and **DIEGO "ALEXIS" ELEAZAR CAMACHO ALVARADO**, a minor by his mother and natural guardian **MARIA I. ALVARADO NAVARRO,** for himself and all others similarly situated,

                        Plaintiff,

      v.

**BUILDING SERVICE, INC.**, d/b/a **GUADALUPE "LUPE" CASTILLO RAMIREZ, GUADALUPE CASTILLO RAMIREZ, and ESTEBAN ALVARADO NAVARRO**,

                        Defendants.
-------------------------------------------------------------------X

23-CV-07343-ARR-MMH

**CERTIFICATE OF DEFAULT**

I, _BRENNA B. MAHONEY_ Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the Defendant, BUILDING SERVICE, INC., has not filed an answer or otherwise moved with respect to the complaint herein. The default of Defendant, BUILDING SERVICE, INC., is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
       January 5 , 2026

BRENNA B. MAHONEY
Clerk of Court

By: _Jalitza Poveda_
        Deputy Clerk