**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
**MARIA ISABEL ALVARADO NAVARRO, ARMANDO ROMERO ROJO, CHRISTIAN "RICARDO RODRIGUEZ" ENRIQUE CAMACHO ALVARADO,** a minor by his mother and natural guardian, **MARIA I. ALVARADO NAVARRO**; and **DIEGO "ALEXIS" ELEAZAR CAMACHO ALVARADO**, a minor by his mother and natural guardian **MARIA I. ALVARADO NAVARRO,** for himself and all others similarly situated,

                        Plaintiffs,

           v.

**BUILDING SERVICE, INC.,** d/b/a **GUADALUPE "LUPE" CASTILLO RAMIREZ, GUADALUPE CASTILLO RAMIREZ, and ESTEBAN ALVARADO NAVARRO,**

                        Defendants.
-------------------------------------------------------------------X

                    **1:23-cv-07343-LDH-MMH**

              **NOTICE OF MOTION FOR**
                **DEFAULT JUDGMENT**

     **PLEASE TAKE NOTICE** that upon the annexed Affirmation of Naresh M. Gehi, Esq., dated February 13, 2026, the exhibits attached thereto, the Second Amended Complaint, and all prior pleadings and proceedings had herein, Plaintiffs MARIA ISABEL ALVARADO NAVARRO, et al., will move this Court, before the Honorable LaShann DeArcy Hall, United States District Judge, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, for an Order:

(1) Granting Default Judgment in favor of Plaintiffs and against Defendants BUILDING SERVICE, INC., GUADALUPE CASTILLO RAMIREZ, and ESTEBAN ALVARADO NAVARRO, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure;

(2) Finding Defendants Liable for violations of the Fair Labor Standards Act ("FLSA") and the New York Labor Law ("NYLL"), as set forth in the operative complaint;

(3) Awarding Specific Damages as requested in the Second Amended Complaint:

a.  $3,469.00 owed to Plaintiffs Christian Enrique Camacho Alvarado and Diego Eleazar Camacho Alvarado;

b.  $2,025.00 resulting from bounced check No. 97424;

c.  Statutory Penalties of $50.00 per Plaintiff per workweek, up to a total of $2,500.00 per Plaintiff, for violations of NYLL § 195(1) regarding wage notices;

d.  Statutory Penalties of $100.00 per Plaintiff per workweek, up to a total of $2,500.00 per Plaintiff, for violations of NYLL § 195(3) regarding wage statements;

e.  Unpaid minimum wages totalling $21,120.00, pursuant to NYLL § 652 and 12 N.Y.C.R.R. § 142-2.1;

f.  Unpaid overtime compensation totalling $22,766.50, pursuant to 29 U.S.C. § 207 and 12 N.Y.C.R.R. § 142-2.2;

g.  Liquidated damages totalling $43,886.50, pursuant to NYLL § 663(1);

(4) Awarding Further Relief including pre-judgment and post-judgment interest, reasonable attorneys' fees, and the costs and expenses of this action; and

(5) Granting such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that the Clerk of the Court has entered a Certificate of Default against Defendant Building Service, Inc. (January 5, 2026), Defendant Esteban Alvarado Navarro (January 16, 2026), and Defendant Guadalupe Castillo Ramirez (January 16, 2026).

Dated: February 13, 2026,

**Respectfully submitted,**

_____/s/ Naresh M. Gehi_____
*Attorneys for Plaintiff*
Naresh M. Gehi, Esq.Law
Offices of N.M. Gehi, P.C.
74-09 37th Avenue, Suite 205
Jackson Heights, NY 11372
(718) 263-5999
court@gehilaw.com